JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
   Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 10-0136 MHP |
|        Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 26, 2010, TO APRIL 19, 2010 |
| ORLIN DIVIER MASS CRUZ, ) a/k/a Miguel Leal, ) a/k/a Orlin Cruz-Hernandez, ) | |
|        Defendant. ) | |

      The parties appeared before the Honorable Marilyn Hall Patel on March 29, 2010. On the motion of the parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 26, 2010, to April 19, 2010, in light of the need for defendant's counsel to conduct further investigation of facts relevant to this matter. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-0136 MHP

preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

      2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from March 26, 2010, to April 19, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from March 26, 2010, to April 19, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      IT IS SO STIPULATED.

DATED: March 29, 2010                              /s/
                                                   LOREN D. STEWART
                                                   Counsel for Defendant

DATED: March 29, 2010                              /s/
                                                   KATHRYN R. HAUN
                                                  Assistant United States Attorney

      IT IS SO ORDERED.

DATED: 3/31/2010



MARILYN H. PATEL
United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-0136 MHP                       2